UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| ANTWONE DORNELL GOOLSBY, SR., | No. 2:15-cv-2477 KJN P |
|---|---|
| Plaintiff, | |
| v. | ORDER TO SHOW CAUSE |
| A. JENKINS, et al., | |
| Defendants. | |

Plaintiff consented to proceed before the undersigned for all purposes. See 28 U.S.C. § 636(c). By order filed October 21, 2016, plaintiff's complaint was dismissed and thirty days leave to file an amended complaint was granted. Thirty days from that date have now passed, and plaintiff has not filed an amended complaint, or otherwise responded to the court's order.

Accordingly, IT IS HEREBY ORDERED that plaintiff show cause, within fourteen days, why this action should not be dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

Dated: December 6, 2016

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/gool2477.osc

1