UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTWONE DORNELL GOOLSBY, SR., | No. 2:15-cv-2477 KJN P |
| Plaintiff, | |
| v. | ORDER |
| A. JENKINS, et al., | |
| Defendants. | |

Plaintiff consented to proceed before the undersigned for all purposes. See 28 U.S.C. § 636(c). By order filed October 21, 2016, plaintiff's complaint was dismissed and thirty days leave to file an amended complaint was granted. Plaintiff did not file an amended complaint. On December 7, 2016, plaintiff was ordered to show cause, within fourteen days, why this action should not be dismissed without prejudice. Fourteen days from that date have now passed, and plaintiff did not respond to the order to show cause, file an amended complaint, or otherwise respond to the court's orders. Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

Dated: January 12, 2017

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/gool2477.fsc

1